IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Reed, Irene D | Case Number: 08 B 03114 |
|---|---|
| | Judge: Squires, John H |
| Printed: 10/14/08 | Filed: 2/12/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 3, 2008
Confirmed: April 23, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 480.00 |  |
| Secured: |  | 250.12 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 198.69 |
| Trustee Fee: |  | 31.19 |
| Other Funds: |  | 0.00 |
| Totals: | 480.00 | 480.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 2,523.00 | 198.69 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 4. | Monterey Collection Service | Secured | 3,061.62 | 219.28 |
| 5. | Monterey Collection Service | Secured | 152.22 | 30.84 |
| 6. | America's Servicing Co | Secured | 2,504.00 | 0.00 |
| 7. | America's Servicing Co | Secured | 17,746.04 | 0.00 |
| 8. | NCO Financial Services Inc | Unsecured | 30.10 | 0.00 |
| 9. | Monterey Collection Service | Unsecured | 19.38 | 0.00 |
| 10. | Verizon Wireless Midwest | Unsecured | 103.36 | 0.00 |
| 11. | Monterey Collection Service | Unsecured | 254.18 | 0.00 |
| 12. | Medical Collections | Unsecured |  | No Claim Filed |
| 13. | Monterey Collection Service | Unsecured |  | No Claim Filed |
| 14. | American General Finance | Unsecured |  | No Claim Filed |
| 15. | Great American Finance Company | Unsecured |  | No Claim Filed |
| 16. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 17. | National Asset Recovery | Unsecured |  | No Claim Filed |
| 18. | Professional Account Management | Unsecured |  | No Claim Filed |
|  |  |  | $ 26,393.90 | $ 448.81 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 31.19 |
|  | $ 31.19 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Reed, Irene D | Case Number:  08 B 03114 |
| | Judge:  Squires, John H |
| Printed:  10/14/08 | Filed:  2/12/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

